## 179. RICHARDSON v. THE STATE.

HILL, C. J. The defendant was indicted for seduction, and on the trial the jury convicted him of the offense of fornication. No errors of law are complained of. The evidence demanded the verdict, and the court did not err in refusing to grant a new-trial.

*Judgment affirmed. Powell, J., disqualified.*

Indictment for seduction, from Miller superior court—Judge Seabrook. December 15, 1906.

Submitted January 29,—Decided January 31, 1907.

*W. I. Geer,* by *Z. D. Harrison,* for plaintiff in error.

*J. A. Laing, solicitor-general,* by *R. R. Arnold,* contra.